

COUNSELORS AT LAW

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

> IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on December 16, 2019, is adjourned to Wednesday, January 29, 2020 at 3:00 p.m. The sentencing shall be held in Courtroom 23B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. Defendant shall file his sentencing submission by January 15, 2020, and the government shall file its sentencing submission by January 22, 2020.
>
> SO ORDERED
> Dated: 11/26/19
> RICHARD J. SULLIVAN
> U.S.D.J.

November 26, 2019

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/19

**Via ECF and Electronic Mail**

Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   United States v. Tyreek Ogarro, et al., 18-cr-373 (RJS)

Your Honor:

I am CJA counsel to Tyreek Ogarro. I write, with no objection from the government, to request an adjournment of Mr. Ogarro's sentencing currently scheduled for December 16, 2019. This is the defendant's third request for an adjournment of his sentencing.

Yesterday, defense counsel received the initial draft of the mitigation report from the court-appointed mitigation specialist. The defendant's sentencing submission is currently due to the Court on Monday December 2 and we need additional time to prepare our submission.

In light of the upcoming holidays, defense and government counsels' trial and vacation schedules, if convenient for the Court, the parties are available January 29, 30 (except at 4pm) and 31, 2020. As noted, the Government has no objection to the instant request.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Dawn M. Cardi

cc:   All Parties (via ECF and E-mail)

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com