
CARDI & EDGAR
LLP

IT IS HEREBY ORDERED THAT Defendant's sentencing, currently scheduled to be held on January 29, 2020, is adjourned to Tuesday, February 4, 2020 at 2:00 p.m. The sentencing shall be held in Courtroom 11B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007. The government shall file its sentencing submission by January 28, 2020.

SO ORDERED.
Dated: 1/21/20

RICHARD J. SULLIVAN
U.S.D.J.

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

January 21, 2020

**Via ECF and Electronic Mail**

Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED. 1/21/20

Re:   <u>United States v. Tyreek Ogarro, et al.</u>, 18-cr-373 (RJS)

Your Honor:

I am CJA counsel to Tyreek Ogarro. I write, with no objection from the government, to request that the Court reschedule the date of Mr. Ogarro's sentencing, currently January 29, 2020, as I will be in an all-day hearing on that day.

If convenient for the Court, the parties are available any time on February 3, or in the afternoon of February 4.

Mr. Ogarro has already submitted his sentencing submission. The government requests, and we do not object, that it file its sentencing submission one week prior to the rescheduled sentencing date.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Dawn M. Cardi

cc:    All Parties (via ECF and E-mail)