

January 31, 2020

**Via ECF and E-mail**

Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

                Re:    United States v. Tyreek Ogarro, et al., 18-cr-373 (RJS)

Your Honor:

      I am CJA counsel to Tyreek Ogarro. Enclosed please find supplemental sentencing materials being submitted on behalf of Mr. Ogarro, who is scheduled to be sentenced on February 4, 2020.

      Specially, enclosed please find: (1) a letter to the Court from Mr. Ogarro; (2) a copy of Mr. Ogarro's GED certificate obtained on January 9, 2020; (3) an updated BOP Inmate Education Data Transcript dated January 22, 2020; and (4) BOP records related to Mr. Ogarro's successful participation and completion of the Non-Residential Drug Treatment Program.

      Certain sensitive information, as permitted by Rule 21.4 of the Electronic Case Filing Rules and Instructions, has been redacted from the public filing.

      Thank you.

                                      Respectfully submitted,

                                               /s/

                                        Dawn M. Cardi

cc: All Parties (via ECF and e-mail)

Hello your honor,

Let me start this off by saying these last 19 months has given me time to reflect on my past, present, and future. Growing up my household was very family orientated enjoyed living with my mother, grandmother and both of my uncles. As a kid my father was hardly around, we never shared a bond, I don't recall a time he ever took me to school or to the park to spend quality time. During my time at MCC we began to speak and I learned his reasons for not being present in my life. As of right now we're working on building a better relationship.

My uncle Duane was my role model, he's the main reason I enjoyed my childhood so much. He played games with me, he walked me to school, we basically did everything he was my father figure. As I got older he taught me how to be a man and how to be a great father to my son. His tragical death still effects me till this day. He died the day before my nineteenth birthday and it has been hard for me to celebrate ever since. To cope with reality I started taking Xanax and Percocets. The pills helped me sleep and helped escape the grief I was going through. At the time moment I didn't realize the bad decisions I was making while I was on the pills. I wasn't in the right state of mind.

I didn't notice I had an addiction until I joined the Nonresidential Drug Abuse Treatment program here at MCC. I learned about the devastating effects of drugs and I'll never do them again. While at MCC a close friend of mine died due to bad drugs that is another reason why I will never do them again. Besides the NDAT Program I attended twenty-seven other programs to better myself. What I learned from anger management, lead by example, and commercial drivers license training class will help me through out life. Anger Management taught me to always stop and think of consequences , Lead by Example showed me I can't actually get out of here and do something productive with my life and the CDL training class provided me a direction to head in for a job when i am released.

What matters to me most is family and I feel that I have let mine down. When I'm released I'm focusing on being there for my son not just my son but my uncle's son as well. I feel that it is my responsibility to be there for him the way my uncle was there for me. I know me being here effects my mother the most. I don't want to keep stressing her while she's sick knowing I should be there for her. I'm disappointed in myself for leaving her out there and having her come to MCC for visits.

It's difficult to put in words how happy I am that I received my G.E.D. During my time at MCC I had the time to focus on my education. I attended classes and took advantage of the tutors I had in my unit. When I am released I will like to further my education. As soon as I'm released I'm going to make it my priority to further my education and focus on learning a trade. Most of all I want to be around my family more. I'm going to say with my grandparents. My dad lives there as well it's going to give a chance to have the father and son bond I always needed. I believe my support system consist of my mother, my son, my aunt and my grandparents. They

supported me the most therefore I will not let them down. They will make sure I wont slip and be the man that I know I can be. Thank you for reading my letter your honor.


Tyreek Ogarro



# Office of the State Superintendent of Education

This Certifies That

## TYREEK OGARRO

having satisfactorily completed the Tests of General Educational Development with scores comparable to those of high school graduates, is hereby awarded this

### High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto. In witness whereof our names are hereto affixed, this the 09th Day of January, 2020

Antoinette S. Mitchell, Ph.D.
Assistant Superintendent
Postsecondary and Career Education

Philip L. PremDas
GED Administrator

Hanseul Kang
State Superintendent of Education



GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR

District of Columbia
Office of the State
Superintendent of Education



```
   NYMAW              *        INMATE EDUCATION DATA         *     01-22-2020
PAGE 001 OF 001 *                   TRANSCRIPT               *     09:38:04

REGISTER NO: 85780-054      NAME..: OGARRO                  FUNC: PRT
FORMAT.....: TRANSCRIPT     RSP OF: NYM-NEW YORK MCC

-------------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                START DATE/TIME  STOP DATE/TIME
NYM  GED EARNED  GED EARNED IN BOP         01-09-2020 1400  CURRENT

--------------------------------- EDUCATION COURSES -------------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
NYM M       COMMERICAL DRIVING LIC PREP    12-05-2019  01-13-2020  P   C  P    10
NYM M       PERSONAL WELLNESS              12-09-2019  12-28-2019  P   C  P    15
NYM M       REFLECTIONS RELAXATION         12-03-2019  12-23-2019  P   C  P    15
NYM M       GED PRETRI TUTOR BASED CLASS   02-26-2019  01-09-2020  P   C  P    30
NYM M       WILDS OF MADAGASCAR            11-15-2019  11-15-2019  P   C  P     1
NYM M       REPTILES AND AMPHIBIANS        11-15-2019  11-15-2019  P   C  P     1
NYM M       NAMIB DESERT, HOSTILE DUNES    11-13-2019  11-13-2019  P   C  P     1
NYM M       ELECTRONIC LAW LIBRARY         11-18-2019  11-18-2019  P   C  P     1
NYM M       INVESTMENT CLASS               11-11-2019  11-12-2019  P   C  P     4
NYM M       THE SPHINX                     10-24-2019  10-24-2019  P   C  P     1
NYM M       POETRY LEISURE TIME ACTIVITY   10-14-2019  10-21-2019  P   C  P     9
NYM M       FOREST OF THE DEEP             09-26-2019  09-26-2019  P   C  P     1
NYM M       HISTORY OF DAVY CROCKET        10-03-2019  10-03-2019  P   C  P     1
NYM M       THE ADVENTURES OF DANIEL BOONE 09-13-2019  09-13-2019  P   C  P     1
NYM M       SIGN LANGUAGE                  09-15-2019  10-11-2019  P   C  P    15
NYM M       FOREIGN LANGUAGE SKILL SPANISH 10-03-2019  10-08-2019  P   C  P    12
NYM M       BUDGET & FINANCE REP CORP TRAI 09-17-2019  10-02-2019  P   C  P    12
NYM M       LEADERSHIP AND INFLUENCE       09-22-2019  10-08-2019  P   C  P    12
NYM M       BUSINESS ACUMEN CORP TRAINING  09-04-2019  09-20-2019  P   C  P    12
NYM M       ENTREPRENEURSHIP               09-05-2019  09-19-2019  P   C  P    12
NYM M       DEVELOPING CREATIVITY          08-15-2019  08-29-2019  P   C  P    12
NYM M       BUSINESS ETHICS                08-17-2019  09-01-2019  P   C  P    12
NYM M       CUSTOMER SERVICE (CORP TRAIN)  08-14-2019  09-05-2019  P   C  P    12
NYM M       CONFLICT RESOLUTION CORP TRAIN 08-14-2019  09-05-2019  P   C  P    12
NYM M       GEOGRAPHY CLASS                02-26-2019  09-03-2019  P   C  P    12
NYM M       TIME MANAGEMENT CORP TRAIN     07-22-2019  08-08-2019  P   C  P    12
NYM M       SALES FUNDAMENTALS CORP TRAIN  07-23-2019  08-09-2019  P   C  P    12
NYM M       KILLER WHALES                  08-08-2019  08-08-2019  P   C  P     1
NYM M       MARKETING BASICS CORP TRAIN    05-27-2019  07-31-2019  P   C  P    12
NYM M       CONFLICT RESOLUTION CORP TRAIN 06-03-2019  07-03-2019  P   C  P    12
NYM M       10 SOFT SKILLS YOU NEED        06-03-2019  07-03-2019  P   C  P    12
NYM M       SHARK ENCOUNTERS               06-25-2019  06-25-2019  P   C  P     1
NYM M       ANGER MGT. TRAINING UNIT MGT.  02-01-2019  05-20-2019  P   C  P    20

---------------------------------- HIGH TEST SCORES -------------------------------
TEST           SUBTEST      SCORE     TEST DATE     TEST FACL    FORM      STATE
GED READY      MATH         132.0     09-19-2019    NYM          MA_RE     NY
               RLA          152.0     10-08-2019    NYM          LA_RC     NY
               SCIENCE      148.0     10-10-2019    NYM          SC_RC     NY
GED 2014       RLA          143.0     11-17-2019    NYM                    NY


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```