UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>TYREEK OGARRO,<br><br>                              Defendant. | No. 18-cr-373-9 (RJS)<br><u>ORDER</u> |

RICHARD J. SULLIVAN, Circuit Judge:

IT IS HEREBY ORDERED THAT the government shall file a letter by Tuesday, April 7, 2020, setting forth its position on defendant's motion for compassionate release from custody (ECF No. 644).

SO ORDERED.

Dated:   April 3, 2020
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation