UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-v-

TYREEK OGARRO,

Defendant.

---

No. 18-cr-373-9 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

On May 18, 2020, the Court received an undated letter from Defendant Tyreek Ogarro requesting a release from incarceration in light of the COVID-19 pandemic (attached hereto). Though not styled as such, Mr. Ogarro's request appears to renew or supplement his previously filed motion for compassionate release under the First Step Act of 2018, 18 U.S.C. § 3582(c)(1)(A). While the Court recently denied that motion by order dated May 13, 2020 (Doc. No. 683), it is likely that this letter was mailed before that date.

Having considered Mr. Ogarro's letter, nothing set forth therein alters the Court's conclusion that "the reasons supporting [Mr. Ogarro's] original sentence – imposed just three months ago – weigh strongly against a compassionate release at this time." (Doc. No. 683 at 1.) However, the Court again congratulates Mr. Ogarro on his exceptional progress while incarcerated and reiterates that Mr. Ogarro may be a worthy candidate for temporary release under 18 U.S.C. § 3622 – a decision that is left to the discretion of the Bureau of Prisons.

Accordingly, for the reasons set forth in the Court's May 13, 2020 order, Mr. Ogarro's motion for compassionate release is DENIED.

SO ORDERED.

Dated:   May 19, 2020
         New York, New York

                                                      RICHARD J. SULLIVAN
                                                      UNITED STATES CIRCUIT JUDGE
                                                      Sitting by Designation

Dear Hon Richard J. Sullivan,

I hope this letter reaches you in good health. I've served 1/2 of my time and also obtained many certificates to help better my journey in life. I'm one step closer to acheiving my goal I attended a college corse for Colombia University. I'm faced with this Covid-19 dilema as well my main concern is my family and spending time with them so I can be more family orientated to make better decisions in life much greater than those i've made thus far. I'm humbly asking for a chance to do so. I will not take it for granted, thats a promise to you and I. I'm sentenced already and still I do things to help me face my re-entry plan, such as continuing to strenghthen my mind reading, writting and most important humility. With that i will close my letter saying thank you Your Honor.

Thank you

Tyreek O'garro

Tyreek Oparro
38980-054
Metropolitan Detention Center
80 29th Street
Brooklyn, New York 11232

Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

