

**Partners**
Dawn M. Cardi
Chad L. Edgar

**Associates**
Jessica Friedrich
Joanna C. Kahan

**Of counsel**
Diane Ferrone

July 2, 2020

<u>Via ECF</u>

Hon. Richard J. Sullivan
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: <u>United States v. Tyreek Ogarro, et al.</u>, 18-cr-373 (RJS)

Your Honor:

  As Your Honor is aware, I represented Tyreek Ogarro in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. Mr. Ogarro was sentenced by the Court on February 4, 2020 to a term of 50 months.

  I write to respectfully request that I be re-appointed *nunc pro tunc* to April 2, 2020 so that I may submit a CJA voucher for the work performed in connection with Mr. Ogarro's submissions to both the Bureau of Prisons and the Court for compassionate release pursuant to 18 U.S.C.§ 3582. *See* ECF #s 644, 658 and 680.

  I thank the Court for its attention to this matter.

            Very truly yours,

            /s/

            Dawn M. Cardi

 cc: All Parties (via ECF)

IT IS HEREBY ORDERED THAT counsel's request is GRANTED.  The Clerk of Court is respectfully directed to appoint Dawn M. Cardi *nunc pro tunc* to April 2, 2020.

SO ORDERED
Dated: 7/2/20
RICHARD J. SULLIVAN
U.S.D.J.

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com