UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

TYREEK OGARRO,

Supervisee.

No. 18-cr-373-9 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

As stated on the record during the status conference today, IT IS HEREBY ORDERED

THAT Ms. Dawn Cardi, Esq., is appointed as CJA counsel pursuant to 18 U.S.C. § 3006A to

represent Supervisee during the pendency of his supervised release proceedings.

SO ORDERED.

Dated:       October 2, 2023
             New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation