

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

May 6, 2026

**VIA EMAIL**

Hon. Richard J. Sullivan
United States Court of Appeals for the Second Circuit
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 2530
New York, New York 10007
(212) 857-2450
CA02_RJSChambers@ca2.uscourts.gov

> Re:    *USA v. Burgess, et al.*
>        *1:18-CR-00373-9-RJS*

Dear Judge Sullivan,

In the matter of USA v. Burgess, et al., *1:18-CR-00373-9-RJS* , Dawn Cardi represented Tyreek Ogarro. Her work for the client began on October 1, 2023 but Ms. Cardi's appointment was dated October 2, 2023 so October 2 is the date reflected on the case's CJA voucher. This message is to respectfully request Ms. Cardi's appointment commencement be nunc pro tunc from October 2, 2023 to October 1, 2023  Thank you for your consideration.

IT IS HEREBY ORDERED THAT Ms. Cardi is appointed as CJA counsel for Mr. Ogarro *nunc pro tunc* to October 1, 2023. The Clerk of Court is respectfully directed to terminate the motion at Doc. No. 1121.

SO ORDERED.

Dated: May 12, 2026          RICHARD J. SULLIVAN
New York, New York           UNITED STATES CIRCUIT JUDGE,
                             Sitting by Designation

Respectfully requested,

Dawn M. Cardi